# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. CR-22-437-G |
| | ) |
| TRACY ANN PEUPLIE, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

On July 15, 2022, Defendant Tracy Ann Peuplie, who had been convicted and sentenced to 36 months' imprisonment on a drug-conspiracy charge in the United States District Court for the District of Arizona, began serving a 3-year term of supervised release imposed by that Court. *See United States v. Peuplie*, No. 20-CR-299-CKJ-DTF (D. Ariz.). On October 7, 2022, this Court accepted jurisdiction over the supervised release of Defendant. *See* Doc. No. 1. Defendant's term of supervised release is set to conclude on July 14, 2025. *See id.*

Now before the Court is Defendant's pro se Motion for Early Termination of Supervised Release (Doc. No. 3). In support, Defendant states that she seeks termination so that she can pursue a new employment opportunity. *See id.* at 2. Defendant also asserts that she has maintained full-time employment, has not missed any urinalysis tests and that all were clean, and has complied with all conditions while on supervised release. *See id.* The lack of any reports of noncompliance is reflected in the case record before the Court.

The Government has filed a Response to the Motion, stating that it does not oppose

Defendant's request for termination of supervised release, given that she "has already served over 80% of her term." Gov't's Resp. (Doc. No. 7) at 2. The Government also represents that that the relevant United States Probation Office does not oppose Defendant's request in light of Defendant's "good communication skills and her gainful employment." *Id.* The Probation Office also confirms that Defendant has been "reduced down to quarterly urinalysis, the lowest such level of monitoring in the Northern District of Oklahoma." *Id.*

The Court has authority to terminate a defendant's supervised release at any time after one year of supervised release if early termination is warranted by "the conduct of the defendant released" and by "the interest of justice." 18 U.S.C. § 3583(e)(1); *see also Rhodes v. Judiscak*, 676 F.3d 931, 933 (10th Cir. 2012). For all the reasons outlined above, and having considered the relevant factors of 18 U.S.C. § 3553(a), the Court finds that the requested termination "is warranted by the conduct of [Defendant]" and is in "the interest of justice." 18 U.S.C. § 3583(e)(1). Pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(B), no hearing is required on Defendant's request.

## CONCLUSION

IT IS THEREFORE ORDERED that Defendant Tracy Ann Peuplie's Motion for Early Termination of Supervised Release (Doc. No. 3) is GRANTED.

IT IS FURTHER ORDERED that the United States Probation Office is directed to

process the early termination Defendant's supervised release.

DATED this 30th day of June, 2025.

_____
CHARLES B. GOODWIN
United States District Judge